**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Rovia, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   3 8 – 3 7 8 7 7 0 5

4. **Debtor's address**

   **Principal place of business**

   5100 Tennyson Parkway
   Number   Street

   _____

   Plano, TX  75024
   City            State    ZIP Code

   Collin
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City            State    ZIP Code

5. **Debtor's website** (URL)    roviacs.com

Debtor  Rovia, LLC
        <sub>Name</sub>                                                                                    Case number (*if known*)_____

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   7  2  1  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply*:
       - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - [ ] A plan is being filed with this petition.
       - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

Debtor      Rovia, LLC
            _____    Case number (*if known*) _____
            Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.    District _____ When _____ Case number _____
                                        MM / DD / YYYY
             District _____ When _____ Case number _____
                                        MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.    Debtor  See attached._____    Relationship _____
              District _____    When _____
                                                              MM / DD / YYYY
              Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street
                               _____
                               _____    _____ _____
                               City                                       State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Rovia, LLC
       Name

Case number (*if known*)_____

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2020
      MM / DD / YYYY

✗ /s/ Michael Poates (DocuSigned by: 7B97BE54495047A...)    Michael Poates
Signature of authorized representative of debtor    Printed name

Title  Chief Operating Officer

---

Debtor  **Rovia, LLC**
Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | ✗ */s/ Marcus A. Helt* | Date | 12/21/2020 |
| | Signature of attorney for debtor | | MM / DD / YYYY |

Marcus A. Helt
Printed name

Foley & Lardner LLP
Firm name

2021 McKinney Avenue, Suite 1600
Number   Street

Dallas, TX 75201                                                                 TX
City                                                                  State   ZIP Code

214-999-3000                                                  mhelt@foley.com
Contact phone                                                Email address

24052187                                                            TX
Bar number                                                          State

Attachment to Voluntary Petition – List of Affiliated Debtors

| Debtor Name | Filing District | Affiliation |
|---|---|---|
| Spherature Investments LLC | Eastern District of Texas | Lead case |
| Rovia, LLC | Eastern District of Texas | Wholly owned subsidiary of Spherature Investments LLC |
| WorldVentures Marketing, LLC | Eastern District of Texas | Wholly owned subsidiary of Spherature Investments LLC |
| WorldVentures Services, LLC | Eastern District of Texas | Wholly owned subsidiary of WorldVentures Marketing Holdings, LLC |
| WorldVentures Marketing Holdings, LLC | Eastern District of Texas | Wholly owned subsidiary of Spherature Investments LLC |
| WorldVentures Marketplace LLC | Eastern District of Texas | Wholly owned subsidiary of WorldVentures Marketing Holdings, LLC |

DocuSign Envelope ID: DBB55189-30EA-41A4-96AE-CE1D06C70E1E
Case 20-42493   Doc 1   Filed 12/21/20   Entered 12/21/20 20:43:44   Desc Main
Document   Page 7 of 16

Execution Version

**AGREEMENT AND RESOLUTIONS ADOPTED
BY UNANIMOUS WRITTEN CONSENT
IN LIEU OF SPECIAL MEETING
(THIS "CONSENT")**

*of the*

**MANAGERS**

*of*

**ROVIA, LLC**

**November __30__, 2020**

---

The undersigned, the sole manager ("**Manager**") of Rovia, LLC, a Nevada limited liability company (the "**Company**"), hereby consent in writing to and approve the resolutions attached hereto as **Exhibit A** and each and every action effected thereby, in lieu of special meeting of the Managers, the call and notice of which are hereby waived.

This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy or other facsimile transmission shall be considered an original.

**[Remainder of page left blank intentionally]**

IN WITNESS WHEREOF, the undersigned Manager has executed this consent as of the date first above written.

**SOLE MANAGER OF ROVIA, LLC:**

_____
Name: Wayne Nugent
Title: Manager

SIGNATURE PAGE TO CONSENT OF THE MANAGERS OF ROVIA, LLC

# EXHIBIT A

## VOLUNTARY PETITION FOR RELIEF UNDER
## CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE

**WHEREAS**, the Manager has considered the Company's assets, liabilities, and liquidity, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

**NOW, THEREFORE, IT IS RESOLVED**, the Manager has determined that it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company in a United States Bankruptcy Court, including the United States Bankruptcy Court for the Eastern District of Texas (the "**Bankruptcy Court**"), under the provisions of chapter 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") in such form and at such time as the officer and/or director of the Company executing said petition shall determine (the "**Chapter 11 Case**"); and be it

**RESOLVED FURTHER**, that the officers of the Company, or any one of them be, and each hereby is, authorized, and empowered, on behalf of and in the name of the Company, to file the Chapter 11 Case;

**RESOLVED FURTHER**, that the law firm of Foley & Lardner LLP, 2021 McKinney Avenue, Suite 1600, Dallas, Texas 75201 ("**Foley**") is hereby employed as counsel for the Company in or related to the Chapter 11 Case, including (i) taking any and all actions to advance the Company's rights and obligations in connection therewith, and (ii) representing and assisting the Company in carrying out its respective duties under the Bankruptcy Code; and be it

**RESOLVED FURTHER**, that Larx Advisors, Inc., 2600 Network Boulevard, Suite 600, Frisco, Texas 75034 ("**Larx**"), is hereby employed as restructuring advisor for the Company in or related to the Chapter 11 Case and Erik Toth as Chief Restructuring Officer ("**CRO**") for the Company in or related to the Chapter 11 Case, including (i) taking any and all actions to advance the Company's rights and obligations in connection therewith, and (ii) representing and assisting the Company in carrying out its respective duties under the Bankruptcy Code; and be it

**RESOLVED FURTHER,** that Stretto ("**Stretto**") is hereby employed as (i) claims and noticing agent, and (ii) administrative agent for the Company in the Chapter 11 Case; and be it

**RESOLVED FURTHER**, that the officers and/or Managers of the Company, or any one of them, be, and each hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with Foley, Larx, Stretto and Toth, collectively, the "**Professionals**") as may be deemed necessary or appropriate by the officer(s) for the Chapter 11 Case and, in connection therewith, is authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such Professionals; and be it

**EXHIBIT A TO CONSENT OF THE MANAGERS OF ROVIA, LLC**

**RESOLVED FURTHER,** that the officers and/or Managers of the Company, or any one of them, be, and each hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute and file in the Chapter 11 Case, all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith; and be it

**RESOLVED FURTHER,** that all acts lawfully done or actions lawfully taken by any officer, Manager, director, or member of the Company or any Professional to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and be it

**RESOLVED FURTHER,** that the Company, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, shall be and hereby is authorized to: (i) borrow and/or receive funds from and undertake any and all related transactions contemplated thereby (collectively, the "**Financing Transactions**") and negotiate, execute, and deliver agreements, including without limitation, the debtor-in-possession financing agreement, with any party, including existing lenders and sureties, and on such terms as may be approved by any one of the officers, as reasonably necessary for the continuing conduct of affairs of the Company and (ii) pay related fees and grant security interests in and liens on some, all, or substantially all of the Company's assets, as may be deemed necessary by any one or more of the officers of the Company in connection with such borrowings; and be it

**RESOLVED FURTHER**, that the officers and/or Managers of the Company, or any one of them, be, and each hereby is, authorized and empowered, with full power of delegations, in the name of, and on behalf of, the Company, as a debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, notes, guaranties, reaffirmations, certificates, instruments, notices, and any and all other documents as may be deemed necessary or appropriate to facilitate or consummate the Financing Transactions; and be it

**RESOLVED FURTHER**, that the officers and/or Managers of the Company, or any one of them, be, and each hereby is, authorized and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and be it

**RESOLVED FURTHER**, that any and all actions of any officer, Manager, director, or member of the Company taken prior to the date hereof to (i) carry out the purposes of the foregoing resolutions, including all further acts and deeds that any such officer, Manager, director, or member of the Company deems necessary, proper, or desirable in connection with the Chapter 11 Case, and the transactions contemplated thereunder, and (ii) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

## GENERAL IMPLEMENTING AUTHORITY

**RESOLVED**, that the officers and/or Managers of the Company, or any one of them, be, and each hereby is, authorized, directed, and empowered, with full power of delegation, on behalf

of and in the name of the Company, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that they deem necessary and proper in connection with the Chapter 11 Case; and

**RESOLVED FURTHER**, that the officers and/or Managers of the Company, or any one of them, be, and each hereby is, authorized, with full power of delegation, for and in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

**[Remainder of page left blank intentionally]**

**EXHIBIT A TO CONSENT OF THE MANAGERS OF ROVIA, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ROVIA, LLC,** | § | **Case No.: 20-_____** |
| | § | |
| **Debtor.** | § | |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS

Rovia, LLC ("**Debtor**"), the debtor in the above-captioned case, hereby files this *Corporate Ownership Statement of Rovia, LLC* (the "**Statement**"), and pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, Debtor respectfully states as follows:

1. Debtor is a Nevada limited liability company. Spherature Investments LLC, a Nevada limited liability company, owns 100% of the equity security interests in Debtor.

Executed on 12/11/2020.

*Michael Poates*
—7B97BE54495047A...
Michael Poates, Chief Operating Officer

B2030 (Form 2030) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ROVIA, LLC,** | § | **Case No.: 20-_____** |
| | § | |
| **Debtor.** | § | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $ 519,090.50

   Prior to the filing of this statement I have received ...................................... $ 259,875.30

   Balance Due ....................................................................................................... $ 259,215.20[1]

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

[1] Retainer held in escrow. Numbers provided above are disclosed on a consolidated basis with affiliated debtors in the above-captioned jointly administered bankruptcy case.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

(Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: 12/21/2020 _____

*/s/ Marcus A. Helt*_____
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Rovia, LLC | § | Case No. |
| | § | |
| Debtor. | § | Chapter 11 |

**DECLARATION FOR ELECTRONIC FILING OF**
**BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 12/11/2020        */s/ Michael Poates*
                        Michael Poates
                        Chief Operating Officer
                        Rovia, LLC – Tax ID No. 38-3787705

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

DATED: 12/21/2020                        */s/ Marcus A. Helt*
                                         Marcus A. Helt (TX 24052187)
                                         Thomas C. Scannell (TX 24070559)
                                         **FOLEY & LARDNER LLP**
                                         2021 McKinney Avenue, Suite 1600
                                         Dallas, TX 75201
                                         Telephone: (214) 999-3000
                                         Facsimile: (214) 999-4667
                                         mhelt@foley.com
                                         tscannell@foley.com

                                         **PROPOSED COUNSEL FOR DEBTORS AND**
                                         **DEBTORS-IN-POSSESSION**

**Fill in this information to identify the case and this filing:**

Debtor Name _ Rovia, LLC

United States Bankruptcy Court for the: _____Eastern_____ District of _Texas_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration____corporate ownership statement and list of equity security holders._____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2020
MM / DD / YYYY

X _____*Michael Poates*_____
7B97BE54495047A
Signature of individual signing on behalf of debtor

Michael Poates
Printed name

Chief Operating Officer
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**