**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ROVIA, LLC,** | § | **Case No.: 20** ‑42493 |
| | § | |
| **Debtor.** | § | |

### LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

Rovia, LLC (the "**Debtor**") hereby files this list of creditors holding the 40 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

DATED: 12/21/2020 _____

Respectfully submitted by:

*/s/ Marcus A. Helt* _____
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED  COUNSEL  FOR  DEBTORS AND DEBTORS-IN-POSSESSION**

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
## 40 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtor and its debtor affiliates (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "Top 40 List"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim."

Official Form 204

| Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders | | | | | | 12/15 |

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31)

Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PPP Loan - Rovia, , , , | Jonathan Morris, 214.642.1910 , jmorris@titanbank.com | Bank Loan | | | | $1,619,757.00 |
| Silversea Cruises, 7 Rue du Gabian, ,Monaco  98000, Monaco | Freddy Mueller, 954-713-3910, freddym@silversea.com | Trade Debt | | | | $807,450.00 |
| GJ Travel Iceland - Guðmundur Jónasson, Vesturvor 34, ,Kopavogur 200, Iceland | Sunna Björk Skarphéðinsdóttir, 35-4520-5200, sunna@GJTRAVEL.is | Trade Debt | | | | $294,447.00 |
| IGT Services And Technologies KL Sdn. Bhd., Unit No. 50-8-1,8th Floor,, Wisma UOA Damansara,50,Jalan Dungun,Damansara Heights Kuala Lumpur 50490, Malaysia | Kass Kassum, + 1 (480)) 471-0130, kass.kassum@igtsolutions.com | Professional Services | | | | $293,714.87 |
| Insight Vacations, 555 Theodore Fremd Avenue, Suite C204, ,Rye New York 10580, United States | Amanda Sanchez, amanda.sanchez@ttc.com, 888-370-2736 | Trade Debt | | | | $283,972.50 |
| Top Tier Travel Inc, 8505 Cambridge Street, ,Houston Texas 77054, United States | Virginia Trask, 213-290-0311, gt@toptiertravel.com | Trade Debt | | | | $205,376.04 |
| Aitana Hotelera S.A. de C.V., El Limonar 1, Xcalacoco, ,Playa del Carmen  77710, Mexico | Jesus Humberto Zamorano Martínez, 52-984-877-2755, jzamorano@thefiveshotels.com | Trade Debt | | | | $199,216.40 |
| B2B Travel PTE. LTD., 237 Alexandra Road, The Alexcier, #06-18, ,Singapore 159929, Singapore | Johnny Tar, johnny@b2btravel.tours, (+65)-62659731 | Trade Debt | | | | $179,799.00 |
| InterGlobe Technologies Private Limited, 6th Floor, 18/20 Upper Mckinley Hill, CYBERPARK FORT BONILACIO,TAGUIG CITY 1634, Philippines | Kass Kassum, kass.kassum@igtsolutions.com, + 1 (480)) 471-0130 | Professional Services | | | | $154,361.19 |
| Social Security PPP Deferral; 1RLL Rovia LLC, , , , | , , | Withholding Tax | | | | $128,916.00 |
| SOR Technology, LLC, 2173 Salk Ave., Suite 300,Carlsbad CA 92008, USA | Elliot Springer, espringer@saveonresorts.com, 858-625-0630 | Trade Debt | | | | $99,997.13 |
| Azahara Hotelera SA de CV, SM- 02 Javier Rojo Gomez, Joaquín Zetina Gasca, ,Puerto Morelos  77580, Mexico | Maria L. Ortiz Moreno, mortiz@thefiveshotels.com, +52 984-877-2750 | Trade Debt | | | | $75,196.25 |
| Imperial Riding School Renaissance Hotel, Ungargasse 60, ,Vienna 1030, Austria | Preuss, Kathleen, Kathleen.Preuss@renaissancehotels.com,+43 (0)1 711 75-0 | Trade Debt | | | | $74,094.23 |
| Lattitud Vacation, S.A., idificio Sucre, Arias & Reyes, Avenida Ricardo Arango y Calle 61 , Obarrio, Panamá, Obarrio , Panama | Cindy Dzul, Changruposcxc2@rcdhotels.com, 507 304-5037 | Trade Debt | | | | $72,846.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sabre: Incentive Payment - Target not met , , , . | David Cheese, David.Cheese@sabre.com , 682 223 2528 | Commission | | | | $58,333.34 |
| Live Aqua Urban Resort San miguel De Allende, 85 Calzada De La Presa, ,San Miguel de Allende Gto. 37700, Mexico | Leslie Gaona, leslie.gaona@posadas.com, 998-881-7600 ext. 7637 | Trade Debt | | | | $56,160.00 |
| Hotel Occidental Playa Nacasolo SA, Playa Manzanillo Bahia Culebra Golfo de Papagayo, ,Guanacaste Liberia , Costa Rica | Maria Jose Montoya, weddingsPCR-LIR@planethollywoodhotels.com, +506 4703-1000 / Ext 55030 (Maria Jose Montoya at Planet Hollywood); Patricia Caballero – (52) 998-283-3939 ext. 22051 | Trade Debt | | | | $50,832.17 |
| Sun Tours Co., LTD, 903, Seogyo Tower Bldg., 133 Yanghwa-ro, Mapo-Gu, Seoul 4032, South Korea | Kim Lo, mice-vvip@suntours.kr, 82-2-6356-8880 | Trade Debt | | | | $44,903.00 |
| Grupo Posadas SAB de CV, 1551 Avenida de las Américas, ,Guadalajara Jalisco 44630, Mexico | Guadalupe Barrera, (55) 25811500, ventas2fagc@posadas.com | Trade Debt | | | | $44,685.50 |
| Casa de Campo Resort and Villas, Carretera La Romana Higuey Hwy., ,La Romana 22000, Dominican Republic | Marga Balaguer, m.balaguer@ccampo.com, +34 626 79 31 70 | Trade Debt | | | | $38,528.00 |
| Victoria Holidays Ltd., 100 James Boucher Boulevard, Sofia , Bulgaria | Polina Petrov, info@victoriaholidays.eu, 0879 559 590 | Trade Debt | | | | $38,086.93 |
| Serve the World Today LLC, 4600 Hampshire Drive, ,Flower Mound Texas 75028, United States | Adam Flores, adam@hugitforward.org, 469-353-4741 | Trade Debt | | | | $35,370.50 |
| Amadeus: Incentive Payment - Target not met , , . | Jason Faltinek, jason.faltinek@amadeus, 312-873-1120 | Commission | | | | $35,000.00 |
| Adonis Tourism LLC, Office #M05, Bushaqer Building, Al Garhoud Area, ,Dubai , United Arab Emirates | Mohammad Faris, manager@adonistourism.com, 971 04 2925 2925 | Trade Debt | | | | $25,083.00 |
| Marival Distinct, Av. Paseo Cocoteros Lote 53 Villa 8 11, ,Nuevo Vallarta 63732, Mexico | Armando Jimenez, aajimenez@marival.com.mx, (329) 291.7000 | Trade Debt | | | | $25,032.00 |
| Sanya JW Marriott Hotel Dadonghai Bay, No 88 Haiyun Road, Dadonghai Bay, ,Sanya 572000, China | Holly Huang, Holly.Huang@marriotthotels.com, 86.898.88211688-8154 | Trade Debt | | | | $23,380.89 |
| Aitana Hotelera S.A. de C.V., El Limonar 1, Xcalacoco, ,Playa del Carmen 77710, Mexico | Jesús Humberto Zamorano Martínez, jzamorano@thefiveshotels.com, 52-984-877-2755 | Trade Debt | | | | $21,696.00 |
| Great Wolf Lodge, 100 Great Wolf Drive, ,Grapevine Texas 76051, United States | Sandra Wylder, swylder@greatwolf.com, Cell: 312-898-1602 | Office: 708-967-3551 | Trade Debt | | | | $20,000.00 |
| Experiencias Xcaret hoteles S.A.P.I de CV, 2 Avenida Solidaridad, ,Playa del Carmen Q.R. 77710, Mexico | Gabriela Iturralde, giturralde@hotelxcaret.com ; (984) 159 1600 ext. 32662 | Trade Debt | | | | $19,614.00 |
| Tollfreeforwarding, , , . | sales@tollfreeforwarding.com; billing@tollfreeforwarding.com. 1-888-452-1505 | Professional Services | | | | $19,120.32 |
| Juniper, 9675 NW 117th avenue 305 ,Miami , Florida 33178 | Rosa Sanchez, rosa.sanchez@ejuniper.com, 305-755-0251 | Professional Services | | | | $18,228.60 |
| Lost In Norway, Bergveien 47A, ,Bones 5152, Norway | Mat Fredrikson, mats@lostinnorway.no, 97627714 | Trade Debt | | | | $18,108.09 |
| Celebrity Cruises Inc., 1050 Caribbean Way, ,Miami Florida 33132, United States | Bo Franz, bfranz@celebrity.com, 1-800-280-3423 | Trade Debt | | | | $18,000.00 |
| Grand Fiest Americana Guadalajara Country Club, 1551 Avenida de las Américas, ,Guadalajara Jal. 44630, Mexico | Paulina Hernandez Fontecilla, ventas4fagg@posadas.com, 3648-3500 ext. 3307 | Trade Debt | | | | $15,931.20 |
| Hangzhou Westbrook Investment Do Ltd Banyan Tree Hangzhou, 2 Westbrook Resort, Zijingang Road, ,Hangzhou Zhejiang 310058, China | Lily Rao, lily.rao@banyantreehangzhou.com, 374060458779 | Trade Debt | | | | $14,984.24 |
| Yangshuo Banyan Tree Hotel Co., LTD, No.168 Zhengdong Street Fuli Town, ,Yangshuo Guangxi 541905, China | Abby Sy, abby.sy@banyantree.com, +86 773 322 8888, +86 773 322 8888 | Trade Debt | | | | $13,985.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S.C. Alpin 2003 SRL, Strada Poiana Doamnei, ,Poiana Brasov  500001, Romania | Bianca Radu, contact@hotelalpin.ro, Bianca's mobile: +40724842596; from the website +40 268 262 343 | Trade Debt | | | | $13,788.28 |
| Royalton Suites Cancun, Carretera Federal 307 Cancun-Playa del Carmen Km 332,15, SM31, MZ 03, Cancun  77500, Mexico | Viviana Mendez, weddingRCA-CUN@royaltonresorts.com, 52-9983643400 ext. 55050 | Trade Debt | | | | $13,776.60 |
| Sheraton Universal Hotel, 333 Universal Hollywood Drive, ,Universal City CA 91608, United States | Mariam Tonapetyan, mtonapetyan@sheratonuniversal.com, 818 980 1212 | Trade Debt | | | | $11,826.00 |
| Destiladeras Resort Operations, S.A. de C.V., 7717 Centro Corporativo Guadalajara Zuno No 2051Col Americana Cp 44160 , ,Guadalajara Jalisco  44630, Mexico | Armando Jimenez, aajimenez@marival.com.mx, (329) 291.7000 | Trade Debt | | | | $9,777.00 |